# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

Case Title: **ANGELA SHEPHARD and ANNA BURZAWA,**
v.
**YARDI SYSTEMS INC.**

Case Number: **1:24-cv-07698**

An appearance is hereby filed by the undersigned as attorney for:

**YARDI SYSTEMS INC.**

Attorney name (type of print): Justin M. Penn

Firm: Hinshaw & Culbertson LLP

Street Address: 151 N. Franklin, Suite 2500

City/State/Zip: Chicago, IL 60606

Bar ID Number: 06283726 Telephone Number: 312-704-3000
(See item 3 in instructions)
Email Address: jpenn@hinshawlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status. ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 27, 2024
Attorney signature: */s/ Justin M. Penn*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

1702\322220880.v1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on **August 27, 2024,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

    */s/ Justin M. Penn*
    Justin M. Penn