IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA SHEPHARD and ANNA BURZAWA, Illinois residents, individually and as representatives of a class of similarly situated persons, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:24-cv-07698 |
| v. | ) ) | |
| YARDI SYSTEMS INC., a California corporation, | ) ) ) ) | |
| Defendant. | ) | |

## DEFENDANT YARDI SYSTEM, INC.'S
## DISCLOSURE & NOTIFICATION AS TO AFFILIATES

Defendant, YARDI SYSTEMS INC., by and through its attorney Justin M. Penn of Hinshaw & Culbertson LLP, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, and states as follows:

1. Defendant Yardi Systems, Inc., is a privately-held company and has no parent corporation.

2. No publicly held corporation owns 10% or more of Yardi's stock.

DATED: August 27, 2024

Respectfully submitted,

*Justin M. Penn*

Justin M. Penn
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
JPenn@hinshawlaw.com
Telephone: (312) 704-3000

Ryan D. Watstein (*pro hac vice* forthcoming)
James M. Ruley (*pro hac vice* forthcoming)
Abigail L. Howd (*pro hac vice* forthcoming`)
WATSTEIN TEREPKA LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318
Telephone: (404) 905-2416
ryan@wtlaw.com
jruley@wtlaw.com
ahowd@wtlaw.com

*Attorneys for Defendant Yardi Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

***Attorneys for Plaintiffs***
Wallace C. Solberg
ANDERSON + WANCA
3701 W. Algonquin Rd. Ste 500
Rolling Meadows, IL 60008
Tel. 847-368-1500
Email: psolberg@andersonwanca
Email: wsolberg@andersonwanca.com

*Justin M. Penn*
Justin M. Penn