**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANGELA SHEPHARD and ANNA BURZAWA, Illinois residents, individually and as representatives of a class of similarly situated persons, | ) | |
| Plaintiffs, | ) | Case No. 24-cv-07698 |
| v. | ) | |
| YARDI SYSTEMS INC., a California corporation, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' STATEMENT OF ADDITIONAL MATERIAL FACTS IN RESPONSE TO DEFENDANT YARDI SYSTEM'S INC.'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Angela Shephard and Anna Burzawa, pursuant to LR 56.1(b)(3) and 56.1(d), submit their Statement of Additional Facts in response to Defendant Yardi Systems, Inc.'s Motion for Summary Judgment.[1]

1. Yardi owns and operates the website www.PropertyShark.com, a property research website that offers, *inter alia*, information about residential properties in the United States, including Cook County, Illinois. (Pls.' Resp. DSOF ¶ 1; Shobe Dep. at 11:10-17).[2]

2. There are three levels of "users" for the PropertyShark platform: (1) the completely anonymous user (who can access the website but who has a "limited ability" to see any data); (2)

[1] Citations to the Parties' Local Rule 56.1 Statements of Fact are identified as follows: "DSOF" for the Defendant Yardi's Statement of Material Fact; "Pl. Resp. DSOF" for Plaintiffs' responses to the Defendants' Statement of Material Fact; and "PSOAF" for Plaintiffs' Statement of Additional Fact.

[2] Jay Shobe ("Shobe") testified on behalf of Yardi as its Rule 30(b)(6) witness. (Shobe Dep. at 5:12-6:7). Mr. Shobe's deposition transcript and relevant exhibits thereto are attached to the Appendix of Exhibits as Exhibit 1.

a registered user, who has signed up with their email address, but is not yet a subscriber; and (3) a subscriber. (Shobe Dep. at 12:18-13:6).

3. PropertyShark offers a free account that allows the registered user to the free account ("free trial user") one free property report; any additional property reports require the registrant to subscribe to PropertyShark. (Doc. 9, Ans. ¶¶ 7, 25, 26; Pls.' Resp. DSOF ¶¶ 5, 6; Shobe Dep. at 15:9-17; 70:14-23).

4. The image below from the PropertyShark website shows the options available after an individual with a free PropertyShark account has viewed one free property report. (Doc. 9, Def.'s Ans.¶ 29).




5. For a free trial user, or a subscriber, the PropertyShark property search function allows the user to search by address of the property or by the property owner's name. (Shobe Dep.

at 13:23-14:11; Shobe Dep. at 15:6-8).

6. The complete “owner search” offered by PropertyShark is not available to free trial users of PropertyShark other than subscribers. (Doc.9, Ans. ¶ 24).

7. For a free trial user, or a subscriber, the property search function also allows searches by ZIP code, city, and county. (Shobe Dep. at 14:12-23).

8. Shobe on behalf of Yardi testified that the free trial “is a common way for web platforms to give potential users an idea about what types of information that PropertyShark makes available, and that allows them to make an informed decision on whether they want to subscribe or not.” (Shobe Dep. at 64:14-22). Shobe also testified that a free trial allows a free trial user “to navigate the site to get a feel for the site, and then allows them to look at information about a single property.” *(*Id. at 63:5-15).

9. One method by which PropertyShark provides information regarding residential properties is in a format referred to as a property report, which Shobe refers to as a “summary report,” that can be downloaded in a PDF format which represents a subset of the data that is available to subscribers. (Shobe Dep. at 11:24-12:10).

10. The “Shephard Property Report” is a summary report that was created on April 24, 2024, from data in the PropertyShark database; it contains categories for property owner, address, property taxes and assessed value. (Shobe Dep. at 15:19-16:9; 17:4-18:7; 19:1-6; *id.* at Ex. 9). The property tax amount contained in the Shephard Property Report is contained in the PropertyShark database. (Shobe Dep. at 52:2-7).

11. The “Burzawa Property Report” is a summary report that was created on May 17, 2024, from data in the PropertyShark database, is also “summary” property report. (Shobe Dep. at 19:19-20; 20:16-21:14; *id.* at Ex. 11). The property tax amount contained in the Burzawa Property

Report is contained in the PropertyShark database. (Shobe Dep. at 55:18-56:12).

12. Tax information and assessed values change on a year-to-year basis in Cook County, Illinois. (Shobe Dep. at 25:8-11; 31:2-5).

13. The data contained in the PropertyShark database for the section titled "Property Taxes" shown in the Shephard Property Report dated April 24, 2024, for Plaintiff Angela Shephard's property at 20081 Tam Oshanter Ct., Olympia Fields, Illinois 60461 (BURZ/SHEP 0009), was obtained by PropertyShark from the Cook County Assessor and uploaded into the PropertyShark database on February 21, 2024. (Joint Stipulation ¶ 1, attached to the Appendix of Exhibits as Exhibit 2)

14. Additional data contained in the PropertyShark database for Plaintiff Angela Shephard's property at 20081 Tam Oshanter Ct., Olympia Fields, IL 60461 for the "Property Tax" and "Taxes" sections was obtained by PropertyShark from the Cook County Assessor and uploaded into the PropertyShark database on July 4, 2024. (Joint Stipulation ¶ 2).

15. The data contained in the PropertyShark database for the section titled "Property Taxes" shown in the Burzawa Property Report dated May 17, 2024, for Plaintiff Anna Burzawa's property at 5608 North Mango Avenue, Chicago, IL 60646 (BURZ/SHEP 0006), was obtained by PropertyShark from the Cook County Assessor and uploaded into the PropertyShark database on February 21, 2024. (Joint Stipulation ¶ 4)

16. Additional data contained in the PropertyShark database for Plaintiff Anna Burzawa's property at 5608 North Mango Avenue, Chicago, IL 60646 for the "Property Tax" and "Taxes" sections (reflected in Yardi 0018, 0025-0026) was obtained by PropertyShark from the Cook County Assessor and uploaded into the PropertyShark database on July 4, 2024. (Joint Stipulation ¶ 5)

17. Data obtained by PropertyShark from the tax assessor is downloaded through a paid account. (Shobe Dep., Errata Sheet, Page 27/Line 1).

18. Shobe testified that summary property reports (*id.* at Exhibits 9 and 11), are available to registered users, and the "more detailed report is available to subscribers." (Shobe Dep. at 57:5-16.)

19. Shobe also testified that "I believe I said that as a registered user who is not a subscriber, that they can see the property—they can see a summary report, but not a detailed report. In thinking about it, I believe that the registered users can see, for the single property that they chose, both the summary and the detailed report." (Shobe Dep. at 63:16:24; 64:1-13).

20. Every time a free trial was undertaken within one year of the filing of the Complaint (July 15, 2023, to July 15, 2024), Shephard's and Burzawa's names were accessible in response to a search. (Shobe Dep. at 67:2-68:22).

21. "The data within the PropertyShark database is updated throughout the year, and therefore any searches that are done throughout the year might return different results depending on the search criteria entered." (Shobe Dep. at 70:24-71:16).

22. Yardi does not have written consent from either Burzawa or Shephard to use their identities for a commercial purpose or any purpose. (Burzawa Dep. at 69:11-20; 72:10-73:4; Shephard Dep. at 68:2-5; Shobe Dep. at 73:23-74:8).

23. Neither Burzawa nor Shephard know when the information about their property was first available on the PropertyShark website. (Burzawa Dep. at 45:4-12, 62:4-8; Shephard Dep. at 40:13-17).

24. Yardi admitted that if a person had never heard of PropertyShark, there would be no reason for that person to know the existence of the PropertyShark database and therefore they

would not know that any data related to them would be included in a database they did not know anything about. (Shobe Dep. at 69:12-23).

25. Although Yardi has stated it has suppressed Shephard's and Burzawa's names from being displayed on the PropertyShark platform, PropertyShark continues to download data that is available from Cook County regarding Shephard's and Burzawa's property. (Shobe Dep. at 61:13-62:17).

26. PropertyShark's database stores data that is aggregated from over 400 different sources that are both public and proprietary. (Doc. 9, Ans. ¶ 20).

27. PropertyShark's data is collected "both manually and automatically," "including its dedicated research team [that] makes sure the information [it] gather[s] is as accurate as it can be." Doc. 9, Ans. ¶ 21).

28. Plaintiff Burzawa testified that she sued Yardi because Yardi violated IRPA. (Doc. 32-3, Burzawa Dep. at 69:11-20). Burzawa further testified that she did not give written consent to Yardi use her name for commercial purposes." (*Id.* at 72:13-73:11)

29. Plaintiff Shephard understands this lawsuit addresses Yardi's alleged violations of IRPA; that IRPA prohibits using an individual's identity for commercial purposes without prior written consent, and that she never provided Yardi with said written consent. (Doc. 32-2, Shephard Dep. at 66:18-70:3).

Respectfully submitted,

Angela Shephard and Anna Burzawa,

By: <u>/s/ Wallace C. Solberg</u>
Wallace C. Solberg

Wallace C. Solberg
Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
(847) 368-1500
wsolberg@andersonwanca.com
bwanca@andersonwanca.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Wallace C. Solberg